IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR298 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS INDICTMENT |
| KIRK M. NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal of the Indictment regarding Defendant, KIRK M. NELSON, pursuant to Motion of the United States (Filing No. 28).

    DATED this 8th day of September, 2009.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                JOSEPH F. BATAILLON, Chief Judge
                                                United States District Court